IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00671-PAB-MEH

CRAIG SMITH and
ALEXANDRA BOUCHARD THACKER, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

MINI MART INC., a Wyoming Corporation d/b/a Loaf 'N Jug,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation Dismissing Plaintiffs' Claims With Prejudice [Docket No. 74] pursuant to Fed. R. Civ. P. 41(a)(1).

    The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation of Dismissal, by itself, does not serve to dismiss this action.

    The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal with prejudice. Therefore, this case was dismiss with prejudice upon the filing of the Joint Stipulation Dismiss Plaintiffs' Claims With Prejudice.

    DATED June 4, 2018.